of California, *William E. James*, Assistant Attorney General, and *Charles A. Collins*, Deputy Attorney General, for petitioner.

No. 1142. CALIFORNIA *v.* FURNISH. Sup. Ct. Cal. *Thomas C. Lynch*, Attorney General of California, *William E. James*, Assistant Attorney General, and *Gordon Ringer*, Deputy Attorney General, for petitioner.

No. 965. KOHATSU *v.* UNITED STATES. C. A. 9th Cir. *Laughlin E. Waters* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *John P. Burke* for the United States.

No. 1261. SULLINS *v.* CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. *Charles Orlando Pratt* and *Sherman L. Cohn* for petitioner. *Thomas C. Lynch*, Attorney General of California, *William E. James*, Assistant Attorney General, and *William L. Zessar*, Deputy Attorney General, for respondent. *Kirkpatrick W. Dilling* for National Health Federation, and *John Alvin Croghan* for American Natural Hygiene Society, Inc., as *amici curiae*, in support of the petition.

No. 1230, Misc. KITCHELL *v.* UNITED STATES. C. A. 1st Cir. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.*, for the United States.